C. JOHN M. MELISSINOS (SBN 149224)
JMelissinos@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

MAR 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD TIGRAN KAYSERYAN,<br><br>Debtor. | Case No. 2:17-bk-19235-BR<br><br>Chapter 7<br><br>**ORDER APPROVING CARVE-OUT AGREEMENT WITH TCJ I, LLC REGARDING SALE OF SUNSET CANYON PROPERTY**<br><br><u>Hearing</u><br>Date: March 13, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The *Chapter 7 Trustee's Motion for Order Approving Carve-Out Agreement With TCJ I, LLC Regarding Sale of Sunset Canyon Property; Declaration of Jason M. Rund in Support Thereof* [Docket No. 170] (the "Motion") seeking an order approving the Agreement Regarding Sale of Sunset Canyon Property dated as of February 7, 2018 (the "Carve-Out Agreement") entered into between the Trustee and TCJ I, LLC, a Delaware limited liability company ("TCJ"),

the holder of a junior deed of trust against that certain residential real property commonly known as 604 S. Sunset Canyon Drive, Burbank, California 91501 (the "Sunset Canyon Property" or the "Property")[1] came on regularly for hearing, the Honorable Barry Russell, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

The Court having considered the Motion and the supporting declaration, and the exhibit attached thereto, and the separately filed notice of the Motion [Docket No. 172], *Creditor QK Healthcare, Inc.'s Limited Opposition to and Reservation of Rights Regarding Chapter 7 Trustee's Motion for Order Approving Carve-Out Agreement With TCJ I, LLC Regarding Sale of Sunset Canyon Property* [Docket No. 182] filed by QK Healthcare, Inc., and the Trustee's reply thereto [Docket No. 188], and it appearing that proper notice has been given, and for other good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Carve-Out Agreement is approved as modified by this order.

3. Notwithstanding anything to the contrary in the Carve-Out Agreement, (a) at the conclusion of any sale of the Property, TCJ shall file an amended proof of claim setting forth the amount of the TCJ Deficiency Claim (as defined in Paragraph 4 of the Carve-Out Agreement), (b) all parties' rights to challenge TCJ's calculations with respect the total amount of the TCJ Deficiency Claim and the allowability of any amounts included in the TCJ Deficiency Claim shall be reserved, and (c) the TCJ Deficiency Claim shall be subject to being asserted as a secured

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

claim in accordance with Paragraph 6 of the Carve-Out Agreement and all parties' rights to challenge the extent, validity and/or priority of any alleged lien shall be preserved.

# # #

Date: March 22, 2018

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**APPROVED AS TO FORM:**

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: _____
C. JOHN M. MELISSINOS
Attorneys for Jason M. Rund, Chapter 7 Trustee

BRYAN CAVE LLP

By: _____
H. MARK MERSEL
Attorneys for TCJ I, LLC

MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO P.C.

By: _____
ABIGAIL O'BRIENT
Attorneys for QK Healthcare, Inc.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**APPROVED AS TO FORM:**

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP


By: _____
   C. JOHN M. MELISSINOS
   Attorneys for Jason M. Rund, Chapter 7 Trustee


BRYAN CAVE LLP


By: _____
   H. MARK MERSEL
   Attorneys for TCJ I, LLC


MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO P.C.

By: */s/ A. V. O'Brient*
   ABIGAIL O'BRIENT
   Attorneys for QK Healthcare, Inc.